TECTRANS, INCORPORATED;
Yellow Cab of Greater Orange
County, Plaintiffs–Appellees

v.

NEW ORLEANS AVIATION BOARD,
Defendant–Appellant.

No. 10–30247.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2010.

Bradley Joseph Schlotterer, Sean Thomas McLaughlin, Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., New Orleans, LA, G. Trippe Hawthorne, Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., Baton Rouge, LA, for Plaintiffs–Appellees.

Paul John Mirabile, Michele Dana Allen–Hart, Esq., Middleberg, Riddle & Gianna, New Orleans, LA, for Defendant–Appellant.

Before WIENER, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under